# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

———————————

|  |  |
|---|---|
|  | MAY 2016 GRAND JURY<br>(Impaneled 05/13/2016) |
| THE UNITED STATES OF AMERICA | INDICTMENT |
| *-vs-* | Violation:<br>Title 18, United States Code,<br>Section 875(c)<br>(1 Count) |
| ARTHUR JORDAN |  |

### COUNT 1

**(Interstate Communication of Threat to Injure)**

**The Grand Jury Charges That:**

On or about July 6, 2016, in the Western District of New York, the defendant, **ARTHUR JORDAN**, did knowingly and willfully transmit, in interstate and foreign commerce, that is, through the internet, a communication on Facebook, a social media website, containing a threat to injure one or more police officers, that is, the defendant posted on Facebook "Let's Start Killin Police Lets See How Dey Like It."

**All in violation of Title 18, United States Code, Section 875(c).**

DATED: Buffalo, New York, August 3, 2016.

                            WILLIAM J. HOCHUL, JR.
                            United States Attorney

BY:   S/WEI XIANG
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5806
        Wei.Xiang@usdoj.gov

A TRUE BILL:

S/FOREPERSON